# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No. 15-70705 JAD |
| DOUGLAS MATTHEW BUTTERBAUGH, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| M&T BANK, | : | Doc. No. 49 |
| | : | |
| Movant, | : | |
| | : | Related to Doc. No. 48 |
| vs. | : | |
| | : | |
| DOUGLAS MATTHEW BUTTERBAUGH, | : | Objection/Response Date: 11/5/2016 |
| | : | |
| Respondent, | : | Hearing Date & Time: 12/16/16 @ |
| | : | 10:00 AM |
| RONDA J. WINNECOUR, Trustee, | : | |
| | : | |
| Additional Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jon A. McKechnie, Esq., certify under penalty of perjury that I served a true and correct copy of the within Debtor's Response to Motion for Relief from the Automatic Stay filed by M&T Bank and proposed Order filed in this proceeding on the parties/respondents listed below on November 3, 2016 by Regular U.S. Postal Service.

Date:  11/3/2016

/s/ Jon A. McKechnie
Jon A. McKechnie, Esq.
PA ID #36268
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA  15501
Phone:  (814) 444-0500
Fax:  (814) 444-0600
jmckechnie@shepleylaw.com

PARTIES SERVED:

M&T Bank, c/o Joshua L. Goldman, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Ronda J. Winnecour, Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219

Douglas M. Butterbaugh
337 Avalon Road
Altoona, PA  16601