# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

      **Debtor:** DOUGLAS MATTHEW BUTTERBAUGH
      **Case Number:** 15-70705-JAD      **Chapter:** 13
      **Date / Time / Room:** FRIDAY, DECEMBER 16, 2016 10:00 AM    COURTROOM B
      **Bankruptcy Judge:** JEFFERY A. DELLER
      **Courtroom Clerk:** MARY SCHUETZ
      **Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay filed by M&T Bank, its successors and/or assigns - Response filed by Debtor 11/3/2016 at Doc. # 48  [Due 11/5/2016]
R / M #:  45 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR: JON A. McKECHNIE, ESQUIRE
CREDITOR: JOSHUA I. GOLDMAN, ESQUIRE for M&T BANK  /Wernbradt/

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

    **\* ORDER**

    The Motion is denied, without prejudice.

FILED
12/19/16 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

12-16-2016

Page 1 of 1      11/4/2016  10:42:57 AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 15-70705-JAD
Douglas Matthew Butterbaugh                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 1              Date Rcvd: Dec 19, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db             +Douglas Matthew Butterbaugh,    337 Avalon Road,    Altoona, PA 16601-7438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M & T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              Jon A. McKechnie    on behalf of Debtor Douglas Matthew Butterbaugh jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Joshua I. Goldman    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6