# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70705 JAD |
| DOUGLAS MATTHEW BUTTERBAUGH, | : | Chapter 13 |
| Debtor. | : | Doc. No. 66 |
| DOUGLAS MATTHEW BUTTERBAUGH, | : | Related to Doc. No. 65 |
| | : | Objection/Response Date: 2/18/2018 |
| Movant, | : | Hearing Date/Time: 3/9/2018 @ 10:00 AM |
| vs. | : | |
| M&T BANK, | : | |
| Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS' OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

**TO THE RESPONDENT(S):**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than February 18, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the general procedures of the presiding judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's website to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A hearing will be held on March 9, 2018 at 10:00 A.M. before Chief Judge Jeffery A. Deller in Bankruptcy Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at a later date.

Date: February 1, 2018 /s/ Jon A. McKechnie
Jon A. McKechnie, Esq. #36268
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA  15501
Phone:  (814) 444-0500; Fax:  (814) 444-0600
jmckechnie@shepleylaw.com