# THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70705 JAD |
| DOUGLAS MATTHEW BUTTERBAUGH, | : | Chapter 13 |
| Debtor. | : | Doc. No. 67 |
| DOUGLAS MATTHEW BUTTERBAUGH, | : | Related to Doc. No. 65 & 66 |
| | : | Objection/Response Date: 2/18/2018 |
| Movant, | : | |
| vs. | : | Hearing Date/Time: 3/9/2018 @ 10:00 AM |
| M&T BANK, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jon A. McKechnie, Esq., certify under penalty of perjury that I served a true and correct copy of the Notice of Hearing with Response Date together with the Objection to Notice of Mortgage Payment Change and proposed Court Order(s) filed in this proceeding on the U.S. Trustee, the trustee in this case and the parties/respondents listed below on February 1, 2018 by Regular U.S. Postal Service.

Date: 2/1/2018

/s/ Jon A. McKechnie
Jon A. McKechnie, Esq.
PA ID #36268
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA  15501
Phone: (814) 444-0500
Fax: (814) 444-0600
jmckechnie@shepleylaw.com

PARTIES SERVED:

James C. Warmbrodt, Esq.
KML Law Group
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106-1538