# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DOUGLAS MATTHEW BUTTERBAUGH | | |
| **Case Number:** | 15-70705-JAD | **Chapter:** | 13 |

| | |
|---|---|
| **Date / Time / Room:** | FRIDAY, MARCH 09, 2018 10:00 AM   COURTROOM B |

| | |
|---|---|
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

Debtor's Objection To Notice Of Mortgage Payment Changed [issued 1/11/2018 by M&T Bank]
- Response filed by M&T Bank 2/16/2018 at Doc. No. 68  [Due 2/18/2018]
**R / M #:**  65 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE:  WINNECOUR/ KATZ / ~~PAIL~~
DEBTOR:  ~~JON A. McKECHNIE, ESQUIRE~~  *J. Roll*
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for M&T Bank

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least _240_ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 240 Days**

FILED
3/13/18 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge