IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DOUGLAS MATTHEW BUTTERBAUGH, | : | Bankruptcy No. 15-70705JAD |
| Debtors. | : | Chapter 13 |
| DOUGLAS MATTHEW BUTTERBAUGH, | : | |
| Movant, | : | |
| v. | : | Related To Doc. No. 65 |
| M & T BANK, | : | |
| Respondents. | : | |

## ORDER CONTINUING HEARING

AND NOW, this **13th** day of **March**, 2018, a hearing having been held on **March 9, 2018**, on the **Objection To Notice of Mortgage Payment Change [issued 1/1/2018 by M & T Bank]** filed by **Debtor** at **Doc. No. 65**; and the responsive pleading filed thereto by M & T Bank at Doc. No. 68;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Friday, November 30, 2018**, at **11:00 AM** in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Pennsylvania 15901.*

_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

mas

\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video conferencing equipment will be utilized. This allows the parties to appear at either Courtroom B in Johnstown, Pennsylvania or in Courtroom D in Pittsburgh, Pennsylvania.

CASE ADMINISTRATOR SHALL SERVE:
Douglas Matthew Butterbaugh
Jon A. McKechnie, Esquire
James C. Warmbrodt, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
3/13/18 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Douglas Matthew Butterbaugh  
      Debtor  

Case No. 15-70705-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: gamr      Page 1 of 1      Date Rcvd: Mar 13, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.  
db         +Douglas Matthew Butterbaugh,    337 Avalon Road,    Altoona, PA 16601-7438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:

         Andrew F Gornall     on behalf of Creditor     M & T BANK agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         James Warmbrodt     on behalf of Creditor     M&T Bank bkgroup@kmllawgroup.com  
         James Warmbrodt     on behalf of Creditor     M & T BANK bkgroup@kmllawgroup.com  
         Jon A. McKechnie     on behalf of Debtor Douglas Matthew Butterbaugh jmckechnie@shepleylaw.com,  
          bk@shepleylaw.com  
         Joshua I. Goldman     on behalf of Creditor     M & T BANK bkgroup@kmllawgroup.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                               TOTAL: 7