IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DOUGLAS MATTHEW BUTTERBAUGH, | : | Bankruptcy No. 15-70705JAD |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| DOUGLAS MATTHEW BUTTERBAUGH, | : | |
| Movant, | : | |
| | : | |
| v. | : | Related To Doc. No. 65 |
| | : | |
| M & T BANK, | : | |
| Respondent. | : | |

## ORDER CONTINUING HEARING

AND NOW, this **4th** day of **December**, 2018, a continued hearing having been held on **November 30, 2018**, on the **Objection To Notice of Mortgage Payment Change [issued 1/11/2018 by M & T Bank]** filed by **Debtor** at **Doc. No. 65**; and the responsive pleading filed thereto by M & T Bank at Doc. No. 68;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Friday, January 11, 2019**, at **11:00 AM** in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Pennsylvania 15901.*

_____  mas
JEFFERY A. DELLER
United States Bankruptcy Judge

* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video conferencing equipment will be utilized. This allows the parties to appear at either Courtroom B in Johnstown, Pennsylvania or in Courtroom D in Pittsburgh, Pennsylvania.

CASE ADMINISTRATOR SHALL SERVE:
 Douglas Matthew Butterbaugh
 Jon A. McKechnie, Esquire
 James C. Warmbrodt, Esquire
 Ronda J. Winnecour, Esquire
 Office of United States Trustee

FILED
12/4/18 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-70705-JAD
Douglas Matthew Butterbaugh                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 1              Date Rcvd: Dec 04, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             +Douglas Matthew Butterbaugh,    337 Avalon Road,    Altoona, PA 16601-7438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M & T BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              Jon A. McKechnie    on behalf of Debtor Douglas Matthew Butterbaugh jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Joshua I. Goldman    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7