**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 15−70705−JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Douglas Matthew Butterbaugh
  337 Avalon Road
  Altoona, PA 16601

Social Security No.:
  xxx−xx−8169

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
| Jon A. McKechnie | Lisa M. Swope |
| Harold Shepley & Associates LLC | Neugebauer & Swope, P.C. |
| 209 W. Patriot Street | 219 South Center Street |
| Somerset, PA 15501 | P. O. Box 270 |
| Telephone number: 814−444−0500 | Ebensburg, PA 15931 |
| | Telephone number: 814−472−7151 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 3, 2019
10:00 AM
2nd floor, Conference Room 2B, Blair County Courthouse, 423 Allegheny Street, Hollidaysburg, PA 16648

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 3/1/19                                                BY THE COURT

                                                             Jeffery A. Deller
                                                             Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-70705-JAD
Douglas Matthew Butterbaugh                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: nsha              Page 1 of 2              Date Rcvd: Mar 01, 2019
                              Form ID: rsc            Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db            +Douglas Matthew Butterbaugh,    337 Avalon Road,    Altoona, PA 16601-7438
14121167       Altoona Regional Health System,    620 Howard Avenue,    Altoona, PA 16601-4899
14121169      +Associated Credit Services, Inc.,    115 Flanders Road, Suite 140,    Westborough, MA 01581-1087
14121172      +Credit Control Collections,    2410 Broad Avenue,    Altoona, PA 16601-1940
14121173       Credit Protection Assoc. L.P.,    P.O. Box 802068,    Dallas, TX 75380-2068
14121174      +KML Law Group,   Attn: Alyk L. Oflazian, Esq.,     Suite 5000 - BNY Independence Center,
                701 Market Street,    Philadelphia, PA 19106-1538
14150247       M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
14121178       M&T Bank,   Attn: Bankruptcy,    1100 Worley Drive,    2nd Floor,   Williamsville, NY 14221
14121179       M&T Bank Lending Services,    P.O. Box 1288,    Buffalo, NY 14240-1288
14121180      +Main Street Acquisition,    2877 Paradise Road, Unit 30,    Las Vegas, NV 89109-5236
14121182      +Recievable Management Group,    P.O.Box 6070,    Columbus, GA 31917-6070
14166784      +UPMC Altoona,   6681 Country Club Drive,    Golden Valley MN 55427-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:38:13     Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
14121166      +E-mail/Text: EBNProcessing@afni.com Mar 02 2019 03:38:48     AFNI, Inc.,   Attn: Bankruptcy,
                P.O. Box 3097,   Bloomington, IL 61702-3097
14121168       E-mail/Text: DDREXLER@ARCFCU.ORG Mar 02 2019 03:37:35     ARC Federal Credit Union,
                1919 Seventh Avenue,    Altoona, PA 16602-2237
14121165      +E-mail/Text: ebn@ltdfin.com Mar 02 2019 03:37:54     Advantage Assets II, Inc.,
                7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2134
14121164      +E-mail/Text: ebn@ltdfin.com Mar 02 2019 03:37:54     Advantage Assets II, Inc.,
                c/o LTD Financial Services L.P.,    7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
14121170       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 02 2019 03:41:59     Capital One,
                Attn: Bankruptcy,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
14121176       E-mail/Text: ebn@ltdfin.com Mar 02 2019 03:37:54     LTD Financial Services, L.P.,
                P.O. Box 630769,   Houston, TX 77263-0769
14121175      +E-mail/Text: ebn@ltdfin.com Mar 02 2019 03:37:54     LTD Financial Services, L.P.,
                7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2134
14135247       E-mail/Text: camanagement@mtb.com Mar 02 2019 03:37:54     M&T BANK,   PO BOX 1288,
                Buffalo, NY 14240
14121177       E-mail/Text: camanagement@mtb.com Mar 02 2019 03:37:54     M&T Bank,   P.O. Box 62182,
                Baltimore, MD 21264-2182
14121181       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 03:42:02
                Portfolio Recovery Associates,    120 Corporate Boulevard,    Norfolk, VA 23502
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M & T BANK
cr              M&T Bank
14121171       ##+Collection Service Center, Inc.,    1312A Pleasant Valley,   P.O. Box 68,
                Altoona, PA 16603-0068
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-7           User: nsha                  Page 2 of 2                  Date Rcvd: Mar 01, 2019
                               Form ID: rsc                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M & T BANK andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              Jon A. McKechnie    on behalf of Debtor Douglas Matthew Butterbaugh jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Joshua I. Goldman    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               mmh@nsslawfirm.com;pa73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,   mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 8
```