UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Douglas Matthew Butterbaugh<br>　　　　　　　　　　Debtor(s)<br><br>M&T Bank<br>　　　　　　　　　　Movant<br>　　v.<br>Douglas Matthew Butterbaugh<br>　　　　　　　　　　Respondent(s)<br>　　　　　and<br>Lisa M. Swope, Trustee<br>　　　　　　　　　　Additional Respondent | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 15-70705-JAD<br><br>Chapter 7<br><br>Related To Doc. No. 99 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW,** this 1st day of April, 2019, at Pittsburgh, upon Motion of M&T Bank, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 337 Avalon Road f/k/a RD6 Box 114A, Altoona, PA 16601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
　Douglas Matthew Butterbaugh
　Jon A. McKechnie, Esquire
　James C. Warmbrodt, Esquire
　Lisa M. Swope, Esquire
　Office of United States Trustee

FILED
4/1/19 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 15-70705-JAD
Douglas Matthew Butterbaugh                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut               Page 1 of 1            Date Rcvd: Apr 01, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db              +Douglas Matthew Butterbaugh,    337 Avalon Road,    Altoona, PA 16601-7438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M & T BANK andygornall@latouflawfirm.com
              James    Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              Jon A. McKechnie    on behalf of Debtor Douglas Matthew Butterbaugh jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Joshua I. Goldman    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               mmh@nsslawfirm.com;pa73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,    mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 8